646

W. *Fraser* for respondent.

No. 498. ALLEN C. WEISSMAN CO., INC. ET AL. *v.* DENISON ET AL.; and

No. 499. SAME *v.* LEHIGH BERNSTEIN MANUFACTURING CORP. November 25, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Grover C. Ladner* for petitioners. *Mr. Arthur E. Sutherland* for respondents.

No. 523. EGBERT, SUPERINTENDENT OF BANKS, *v.* CALLAGHAN ET AL., TRUSTEES; and

No. 524. GARLICK ET AL. *v.* PRUDENCE CO., INC. ET AL. November 25, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Gerald Donovan* for petitioner in No. 523. *Mr. Samuel C. Duberstein* for petitioners in No. 524. *Messrs. William W. Miller, Samuel H. Kaufman, Emil Weitzner, Emanuel Celler,* and *Archibald Palmer* for respondents.

No. 593. JONES *v.* JEFFERSON STANDARD LIFE INSURANCE CO. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. R. Douglas Feagin* for petitioner. No appearance for respondent.

No. 606. RICHARDSON *v.* CHICAGO, ROCK ISLAND & GULF RY. CO. December 9, 1935. Petition for writ of certiorari to the Supreme Court of Texas and motion for